JS-6

(as to CV-10-681-R only)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTEL, INC., a Corporation, ) | CASE NO. CV 10-0681-R |
| ) | (Consolidated with CV 10-3127-R) |
| Plaintiff, ) | |
| ) | |
| vs. ) | **JUDGMENT** |
| ) | |
| BNSF RAILWAY COMPANY, a ) | |
| Corporation, ) | |
| ) | |
| Defendant. ) | |

This action came on for hearing before the Court, on December 6, 2010, the Honorable Manuel L. Real Presiding, on a Motion for Summary Judgment or Alternatively for Partial Summary Judgment filed by Defendant BNSF RAILWAY COMPANY ("BNSF") and against Plaintiff MATTEL, INC. ("MATTEL").

The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

/ / / / /

/ / / / /

/ / / / /

1    IT IS ORDERED AND ADJUDGED that MATTEL take nothing on its Complaint against
2    BNSF, that the action against BNSF be dismissed on the merits with prejudice and that defendant
3    BNSF is entitled to recover its costs.
4    Dated:  January  3, 2011.

5    _____
           MANUEL L. REAL
6          UNITED STATES DISTRICT JUDGE

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28